# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| **LORI ELAINE BOWERS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:21-cv-00095-O |
| § | |
| **CLEANAIRE, INC.,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED with prejudice**.

2. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **9th day** of **January, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**